**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-7037**

───────────

BERNARD M. WILLIAMS,

Plaintiff - Appellant,

versus

EDDIE LEE PEARSON, Chief Warden,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia at Richmond.  Richard L. Williams, District Judge.  (CA-01-288)

───────────

Submitted:  August 29, 2002          Decided:  September 9, 2002

───────────

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Bernard M. Williams, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bernard M. Williams appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Williams v. Pearson, No. CA-01-288 (E.D. Va. July 1, 2002). Williams' motions for appointment of counsel and for oral argument are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2